796 A.2d 965

TOWNHALL OF AMERICA, INC., A Pennsylvania
Corporation, Petitioner,

v.

SALEM TOWNSHIP, A Political Subdivision of the
Commonwealth of Pennsylvania, Respondent.

Salem Township, A Political Subdivision of the Commonwealth
of Pennsylvania, Respondent,

v.

Townhall of America, Inc., t/d/b/a "Climax," A Pennsylvania
Corporation, and Nicholas Fratangelo, Petitioners.

Townhall of America, Inc., A Pennsylvania
Corporation, petitioner,

v.

Salem Township, A Political Subdivision of the Commonwealth
of Pennsylvania, Respondent.

Townhall of America, Inc., A Pennsylvania Corporation,

v.

Salem Township, A Political Subdivision of
the Commonwealth of Pennsylvania.

Salem Township, A Political Subdivision of
the Commonwealth of Pennsylvania,

v.

Town Hall of America, Inc., t/d/b/a "Climax," A Pennsylvania
Corporation, and Nicholas Fratangelo.

Petition of Townhall of America, Inc., t/d/b/a "Climax," A
Pennsylvania Corporation, and Nicholas Fratangelo.

Supreme Court of Pennsylvania.

April 10, 2002.

326

## ORDER

PER CURIAM.

AND NOW, this 10th day of April, 2002, the Petition for Allowance of Appeal is hereby DENIED and the Application for Supersedeas is DISMISSED AS MOOT.

796 A.2d 966

**In re Nomination PETITION OF Dan ROONEY, Republican Candidate for Representative in the General Assembly from the 149th District.**

**Appeal of Marilyn Vaccarello.**

Supreme Court of Pennsylvania.

May 9, 2002.

## ORDER

PER CURIAM.

AND NOW, this 9th day of May, 2002, the order of the Commonwealth Court is affirmed. The Appellee's "Motion to Strike the First Issue in the Appellant's Brief" is denied.